# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

MAGISTRATE JUDGE: JEFFREY L. CURETON PRESIDING
DEPUTY CLERK: JULIE HARWELL COURT REPORTER/TAPE NO: DIGITAL FILE
INTERPRETER: USPO/PTSO:
TIME: DATE: SEPTEMBER 17, 2015
TOTAL COURT TIME: 10 min.

☒ DIST. CR. No. 4:15-CR-151-O (12) **DEFT No. USDJ O'CONNOR**

| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
|---|---|---|
| v. | § | |
| | § | |
| LARRY HAWKINS | | PRESTON JONES |
| Defendant's Name | | Counsel for Defendant Appt - (A), Retd - (R), FPD - (F) |

☐ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☒ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ Date of Birth: _____ ☐ Correction of Name ORDERED _____

☐ Date of Federal arrest/custody: _____ ☐ Surrender _____ or ☐ Rule 40 ☐ Appeared on Writ
☐ Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☐ Deft first appearance with counsel.
☒ ☒ Deft ☐ MW (Material Witness) ☐ _____ appeared ☒ with ☐ without counsel.
☐ Requests appointed counsel.
☐ FINANCIAL AFFIDAVIT executed.
☐ Order appointing Federal Public Defender.
☐ Private Counsel appointed, _____
☐ Deft advises he will retain counsel. He retained _____
☐ Arraignment set
☐ Preliminary set _____ ☐ Bond Hearing set _____
☐ Counsel Determination Hearing set _____
☐ Identity/Removal Hearing set _____
☐ Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ No bond set at this time, ___ day DETENTION ORDER to be entered.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☒ ORDER OF DETENTION PENDING TRIAL entered.
☐ Deft advised of conditions of release.
☐ BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☒ ☒ Deft ☐ MW (Material Witness) CONTINUED IN CUSTODY.
☐ Deft ORDERED REMOVED to Originating District.
☐ WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 40 Hearing ☐ Waiver of detention hearing
☐ Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☒ REMARKS: Gov't witness Brian Finney sworn & testified

*FILED SEP 17 2015 CLERK, U.S. DISTRICT COURT By _____ Deputy*